IONA M. BUSCH, INDIVIDUALLY AND AS EXECUTRIX UNDER THE LAST WILL AND TESTAMENT OF LIL-LIAN W. SEIDEL, DECEASED, ET ALS., PLAINTIFFS-RESPONDENTS, v. LOUISE PLEWS, DEFENDANT-AP-PELLANT, AND LIBERTY TITLE AND TRUST COM-PANY, ET ALS., DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 20, 1952—Decided October 21, 1952.

Before Judges EASTWOOD, GOLDMANN and FRANCIS.

*Mr. Wm. Elmer Brown, Jr.,* argued the cause for the defendant-appellant.

*Mr. Augustine A. Repetto* argued the cause for the plaintiffs-respondents (*Messrs. Bolte and Repetto,* attorneys).

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Haneman in the Superior Court, Chancery Division, 19 *N. J. Super.* 195 (1952).